## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WADE AND MARY DUFRENE** | * * * | **DOCKET NO.: 2:23-cv-1104** |
| **VERSUS** | * * | **JUDGE: SUSIE MORGAN** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** | * * * | **MAGISTRATE JUDGE: JANIS VAN MEERVELD** |

*************************************************************************

## ORDER

Considering the foregoing;

**IT IS ORDERED** that the above numbered and entitled cause be and the same is hereby dismissed, with full prejudice, each party to bear its own costs of court.

**New Orleans, Louisiana, this 21st day of September, 2023.**

                                                                   _____
                                                                   **SUSIE MORGAN**
                                               **UNITED STATES DISTRICT JUDGE**